No. 1, original. GEORGIA *v.* TENNESSEE COPPER CO. ET AL. January 10, 1938. The joint motion to dismiss the Bill of Complaint is granted. Decree to be settled on notice. *Messrs. John C. Hart, Ligon Johnson, H. A. Hall,*

*Thomas S. Felder*, and *J. A. Drake* for complainant. *Messrs. Martin A. Vogel, Howard Cornick, John A. Franz, James G. Parks, Joseph B. Wright, J. A. Fowler, C. M. Seymour, W. B. Miller, John D. Little, A. G. Powell, Marion Smith, Max F. Goldstein*, and *William Butt* for defendants.